UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-72-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES ALTON WEST | ) | |

Upon the unopposed motion of the Government and for good cause shown, it is hereby ORDERED that Docket Entry 50 be sealed until further order of this Court.

This the 16th day of April, 2015.

LOUISE W. FLANAGAN
United States District Judge